I. GROB & CO. INC., Respondent, v. WILLIAM PFEFFER et al., Appellants.—

Concur — McGivern, J. P., Markewich, Kupferman, Tilzer and Eager, JJ.